ames H. Wilkins #116364
WILKINS DROLSHAGEN & CZESHINSKI LLP
6785 North Willow Avenue
Fresno, California 93710
Tel: (559) 438-2390
Fax: (559) 438-2393
j.wilkins@wdcllp.com

Attorneys for Plaintiff, RAMON SANCHEZ

MARC S. HINES (SBN 140065)
mhines@lawhhp.com
NICOLE M. HAMPTON (SBN 189024)
nhampton@lawhhp.com
BRIAN PELANDA (SBN 278453)
bpelanda@lawhhp.com
**HINES HAMPTON PELANDA LLP**
30 Executive Park, Suite 210
Irvine, California 92614
Tel.: (714) 513-1122
Fax: (714) 242-9529

Attorneys for Defendant
AMCO INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON SANCHEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMCO INSURANCE COMPANY, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 1:19-cv-01633-NONE-SKO<br><br>**ORDER RE SECOND STIPULATION AMENDING THE SCHEDULING ORDER**<br><br>(Doc. 29) |

On October 21, 2021, the parties filed a Stipulation for an Order Amending the Scheduling Order to Extend All Dates Ninety (90) Days (the "Stipulation"). (Doc. 29). Having reviewed the Stipulation, and for good cause shown, the Court hereby ORDERS that the Scheduling Order (Doc. 27) is modified as follows:

| Event | Prior Date | Continued Date |
|---|---|---|
| Non-Expert Discovery | November 2, 2021 | February 2, 2022 |
| Expert Disclosures | November 2, 2021 | February 2, 2022 |
| Rebuttal Expert Disclosures[1] | November 30, 2021[2] | March 2, 2022 |
| Expert Discovery | January 14, 2022 | April 14, 2022 |
| Non-Dispositive Motion Filing[3] | February 15, 2022 | May 16, 2022 |
| Non-Dispositive Motion Hearing[4] | March 16, 2022 | June 15, 2022 |
| Dispositive Motion Filing | February 15, 2022 | May 16, 2022[5] |
| Pretrial Conference | July 14, 2022 | October 13, 2022 at 8:15 a.m. |

IT IS SO ORDERED.

Dated:   **October 25, 2021**                      /s/ *Sheila K. Oberto*
                                                               UNITED STATES MAGISTRATE JUDGE

---

[1] The Court on its own motion continues this date, to maintain the consistency of the case schedule.
[2] Due to a scrivener's error, the Rebuttal Expert Disclosures deadline in the Court's Order re Stipulation Amending Scheduling Order was set for November 30, 2022, rather than November 30, 2021. (*See* Doc. 27 at 2.)
[3] The Court on its own motion continues this date, to maintain the consistency of the case schedule.
[4] The Court on its own motion continues this date, to maintain the consistency of the case schedule.
[5] The dispositive motion filing deadline has been adjusted by one day as the parties' requested date of May 15, 2022, falls on a Sunday.